**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 1/26/2022
```

-----------------------------------------------------------------------X

**JOSE LUIS SANCHEZ,**

                                        **Plaintiff,**

                                                                    **21-CV-08266 (PAE)(SN)**

                    -against-

                                                                    **SETTLEMENT CONFERENCE**
                                                                    **ORDER**

**E.I.G. AUTO SALVAGE, INC., et al.,**

                                        **Defendants.**

-----------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        A settlement conference is scheduled for Tuesday, March 29, 2022, at 2:00 p.m. In the weeks

prior to the conference, the Court will confirm whether the conference will be held telephonically or

in person.

        The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at

https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-

faith settlement negotiations before the settlement conference and preferably before the submission to

the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted

by Tuesday, March 22, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the

parties resolve the litigation before the conference date, they must notify the Court in writing

immediately.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

Dated:        January 26, 2022
              New York, New York