```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

JOSE LUIS SANCHEZ,

                    **Plaintiff,**

    -against-

E.I.G. AUTO SALVAGE, INC., et al.,

                    **Defendants.**

```
-----------------------------------------------------------------X
```

21-CV-08266 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

Due to a conflict in the Court's calendar, the settlement conference currently scheduled for Tuesday, March 29, 2022, is RESCHEDULED for 10:00 a.m. on Wednesday, March 30, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  January 28, 2022
          New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2022