UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSE LUIS SANCHEZ,

                          **Plaintiff,**                      21-CV-08266 (PAE)(SN)

       -against-                                         **ORDER**

E.I.G. AUTO SALVAGE, INC., et al.,

                          **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A telephone conference is scheduled for Friday, June 3, 2022, at 10:00 a.m. to discuss the status of this case. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 1, 2022
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/2022