```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LUIS SANCHEZ,

                         Plaintiff,                  21-CV-08266 (PAE)(SN)

        -against-                         **ORDER**

E.I.G. AUTO SALVAGE, INC., et al.,

                         Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       As discussed at the June 3, 2022 conference, the deadline for fact discovery is extended until July 29, 2022. No further extensions shall be granted.

       By June 7, 2022, Defendants shall confirm in writing to Plaintiff whether Defendants are withholding any documents on the basis of objections or attorney/client privilege. If Defendants are withholding any documents on the basis of objections, they must state what documents they are withholding and the basis for their objection; if Defendants are withholding any documents on attorney-client privilege grounds, they must provide a privilege log.

       By June 17, 2022, Plaintiff shall produce to Defendants the following records:

- Medical records substantiating Plaintiff's claim that he left his employment with Defendants due to a brain tumor;

- Any medical records reflecting injuries incurred by Plaintiff during the course of employment with Defendants;

- The entirety of the file that Plaintiff produced to the Workers Compensation Board to support his claim;

- Records to substantiate the income that Plaintiff earned during the four years that he claims he worked exclusively for Defendants (including both pay and tax records);

- Any communications with the individual identified during the conference as Louise Baez that relate to the allegations that Plaintiff attempted to or did bribe witnesses in this case;

- A release to obtain cell site location information from Plaintiff's cellular provider during the four years that he claims he worked exclusively for Defendants;

- 10 exemplars of Plaintiff's handwriting; and

- Any records related to Plaintiff's previous convictions for use at trial to the limited extent contemplated by the Federal Rules of Evidence.

By June 17, 2022, Defendants shall produce to Plaintiff any documents in their possession related to Plaintiff's worker compensation claim.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:	June 3, 2022
	New York, New York