UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LUIS SANCHEZ,

                         Plaintiff,                      21-CV-08266 (PAE)(SN)

           -against-                              **ORDER**

E.I.G. AUTO SALVAGE, INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court held a conference on July 19, 2022, to address outstanding discovery disputes.

For the reasons stated on the record at the conference:

- By the end of the day on July 19, 2022, Plaintiff was to provide Defendants with the names of the medical providers who treated Plaintiff for his brain tumor and in connection with his worker's compensation claim.

- By the end of the day on July 19, 2022, Defendants were to provide Plaintiff with a list of the non-party witnesses that Defendants' counsel is representing and a list of the non-party witnesses that Defendants' counsel is not representing.

- On a rolling basis, but no later than July 21, 2022, Defendants are to provide Plaintiff with contact information for all witnesses that Defendants' counsel is not representing, including those witnesses' physical address and phone number.

- By July 21, 2022, Defendants are to confirm to Plaintiff which non-party witnesses Defendants will not call to testify.

- Plaintiff shall promptly engage a handwriting expert and, within 24 hours of the engagement, share the expert's contact information with Defendants.

- Within 3 days of receiving Plaintiff's handwriting expert's contact information, Defendants shall provide the expert with 10 exemplars of the original receipts allegedly signed by Plaintiff.

- The depositions of Julio Baez and Plaintiff are to take place on Thursday, July 21, 2022, at Plaintiff's counsel's law office.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2022

- The depositions of the named Defendants are to take place on Friday, July 22, 2022, at Plaintiff's counsel's law office. The depositions may extend to Monday, July 25, 2022, if necessary.

- The depositions of the non-party witnesses are to take place the week of July 25, 2022, at a law office in the Bronx to be secured by Defendants' counsel.

- The parties are granted permission to conduct the deposition of one non-party witness after the witness returns to the United States on August 6, 2022. This deposition shall take place by August 31, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 20, 2022
         New York, New York