UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LUIS SANCHEZ,

                           **Plaintiff,**                      21-CV-08266 (PAE)(SN)

               -against-                          **<u>ORDER</u>**

E.I.G. AUTO SALVAGE, INC., et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Pursuant to the Court's March 28, 2022 Order, fact and expert discovery was to be completed in tandem. Although the Court has extended the deadlines to accommodate a witness who was out of the country, all other discovery should be completed. Accordingly, pursuant to Section 3.H of Judge Paul A. Engelmayer's Individual Rules of Practice, by no later than September 14, 2022, any party that intends to file a motion for summary judgment shall file a pre-motion letter with him. Additionally, if the parties believe a settlement conference would be productive, they shall contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED**.

                                                                           SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:       August 15, 2022
                  New York, New York