UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS SANCHEZ,

                            Plaintiff,

-v-

E.I.G. AUTO SALVAGE, INC. et al.,

                            Defendants.

21 Civ. 8266 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 17, 2022, plaintiff requested a pretrial conference in this case. Dkt. 59. On October 19, 2022, the Court scheduled a conference for November 2, 2022, at which the Court planned to set, if necessary, dates for pretrial submissions and trial. Dkt. 60.

On October 31, 2022, plaintiff requested an adjournment of the conference on account of a conflict with plaintiff's counsel's air travel, Dkt. 62, and on November 1, 2022, defendants filed a letter stating that they did not oppose the adjournment, Dkt. 63. Defendants also asserted that plaintiff's counsel had previously requested adjournments without the requisite notice and had failed to attend a scheduled deposition. *See* Dkt. 63. On November 1, 2022, plaintiff's counsel filed a letter disagreeing with defendants' statements and asserting that defendants' counsel had previously made unprofessional filings and remarks. *See* Dkt. 64. In addition, plaintiff's counsel withdrew the request for a settlement conference. *Id.*

Solely to accommodate plaintiff's counsel's air travel, the Court adjourns the pretrial conference to Friday, November 4, 2022 at 2 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter

Access Code 468-4906, followed by the pound(#) key. The parties are directed to enter their appearances by email or docketed letter at least 24 hours in advance of the conference.

The Court reminds counsel that, pursuant to the Court's Individual Rules and Practices, 1.E, all requests for adjournment must be made at least two business days before the conference and must include a proposed date for the conference and whether opposing counsel consents to the adjournment.

The Court further directs the parties to submit, by Wednesday, November 2, 2022, a joint letter setting out (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement, if any; and (4) proposed next steps. The Court recognizes that, on October 27, 2022, plaintiff filed a pre-conference letter and stated that the parties had been unable to agree on the content of a joint letter, as directed by the Court. *See* Dkt. 61. The Court expects that the parties will be able to produce the required joint letter.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 1, 2022
   New York, New York