UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS SANCHEZ,

                                    Plaintiff,

-v-

E.I.G. AUTO SALVAGE, INC. et al.,

                                  Defendants.

21 Civ. 8266 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 4, 2022, the Court held a case management conference. The Court scheduled a bench trial for January 24–26, 2023 and set the following dates for pretrial submissions:

- Joint Pretrial Order and Motions *in Limine*: Friday, November 18, 2022

- Responses to Motions *in Limine*: Friday, December 2, 2022

- Pretrial Conference: Wednesday, January 18, 2023 at 10 a.m. in Courtroom 1305 at Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007

The parties are directed to consult the Court's Individual Rules and Practices for instructions regarding pretrial filings in non-jury cases.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: November 4, 2022
       New York, New York