UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS SANCHEZ,

                              Plaintiff,

-v-

E.I.G. AUTO SALVAGE, INC., et al.,

                              Defendants.

21 Civ. 8266 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 17, 2022, the Court received a request from plaintiff's counsel to extend the deadline for the joint pretrial order from November 18, 2022. Dkt. 70. Defendants' counsel wrote separately to state that they consent to this request. Dkt. 71.

The Court extends the deadline to November 23, 2022. There will be no further extensions absent extraordinary circumstances.

SO ORDERED.

                                                                                 *Paul A. Engelmayer*
                                                                                         Paul A. Engelmayer
                                                                                        United States District Judge

Dated: November 17, 2022
       New York, New York