The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

January 9, 2023

**Via ECF**
Hon. Paul Engelmayer
Thurgood Marshall
40 Foley Square
New York, NY 10007

    Re:    Sanchez v. E.I.G. Auto Salvage, Inc. et al
              1:21-cv-08266

Your Honor:

    This office represents Plaintiff in the above captioned matter. Plaintiff requests to adjourn the upcoming trial scheduled for January 24th through January 26th. The basis for the request is that my witness Corey Shotwell has a concert in Arizona scheduled during our trial. I thought that I had informed Mr. Shotwell about the trial date but unfortunately there was miscommunication between the two of us.

    This is Plaintiff's first request to adjourn the trial. Defendants "strongly oppose."

                                                                                  Respectfully

**Via ECF**
*All attorneys on Record*

                                                              /s Jacob Aronauer
                                                               Jacob Aronauer
                                                               *Attorney for Plaintiff*

The Court denies the request for an adjournment of trial, but wishes to speak with counsel by phone to discuss alternative means of preserving witness Corey Shotwell's testimony for use at the upcoming bench trial in the event that the Court determines that such testimony would be admissible. For that purpose, the Court schedules a brief telephonic conference for Thursday, January 12, 2023 at 4:30 p.m., with the same dial-in instructions used in previous calls. Lead counsel for each party is directed to participate in the call.

                SO ORDERED.

                                                          **PAUL A. ENGELMAYER**
                                                          **United States District Judge**
                                                          January 10, 2023