UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LUIS SANCHEZ,<br><br>            Plaintiff,<br>   -v-<br><br>E.I.G. AUTO SALVAGE, INC. et al.,<br><br>            Defendants. | 21 Civ. 8266 (PAE) (SN)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On January 13, 2023, the Court held an urgent telephonic conference, prompted by the parties' letters as to difficulties scheduling the *de bene esse* deposition of plaintiff's witness and plaintiff's counsel's paralegal Corey Shotwell. *See* Dkts. 101, 102. The parties agreed to conduct the deposition of Mr. Shotwell on Friday, January 20, 2023, between 8 a.m. to 10:45 a.m., with plaintiff's counsel questioning the witness first, while ensuring that defendants' counsel's questioning of Mr. Shotwell begins no later than 9 a.m. Plaintiff will arrange and bear the full costs of the deposition, and plaintiff's counsel is directed to order the transcript of the deposition on an expedited basis to facilitate the Court's ruling on the pending motion *in limine* to preclude Mr. Shotwell's testimony.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: January 13, 2023
       New York, New York