UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS SANCHEZ,

Plaintiff,

-v-

E.I.G. AUTO SALVAGE, INC. et al.,

Defendants.

21 Civ. 8266 (PAE) (SN)

ORDER

PAUL A. ENGELMAYER, District Judge:

Trial in this case is scheduled to begin on January 24, 2023.  To enable the Court to resolve the pending motion *in limine*, Dkt. 81, regarding the admissibility at trial of certain Facebook Messenger messages (1) between plaintiff Jose Luis Sanchez and Rony Baez, and (2) between Sanchez and Jorge Enrique Uruizo Deza, the Court must review these messages, which the parties have yet to furnish the Court.  The Court directs plaintiff's counsel forthwith to file a copy of these messages on the docket of this case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 15, 2023
       New York, New York