UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS SANCHEZ,

Plaintiff,

-v-

E.I.G. AUTO SALVAGE, INC. et al.,

Defendants.

---

21 Civ. 8266 (PAE) (SN)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 18, 2023, the Court held a pretrial conference, at which it resolved, by bench ruling, the parties' motions *in limine* and plaintiff's motion to compel defendants to produce certain employment documentation. The Clerk of Court is respectfully directed to terminate the motions pending at docket numbers 76, 81, 92, 93, 100, and 110.

SO ORDERED.

*Paul A. Engelmay*

Paul A. Engelmayer
United States District Judge

Dated: January 18, 2023
New York, New York