**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOSE LUIS SANCHEZ,

                Plaintiff,

-against-     21 **CIVIL** 8266(PAE)(SN)

**JUDGMENT**

E.I.G. AUTO SALVAGE, INC., RICHARD UFFER, *individually*, MONICA GONZALEZ, *individually*,

                Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 8, 2023, In consideration of the foregoing findings of fact and conclusions of law, the Court finds that Sanchez has not proven, by a preponderance of the evidence, that defendants violated the FLSA and the NYLL by failing to pay overtime wages. Furthermore, although defendants violated the NYLL's wage notice and statement requirements, they are entitled to an affirmative defense as to those provisions because they properly compensated Sanchez for his work. Accordingly, the Court holds for the defense on all claims. Judgment is entered for the defense and the case is closed.

**Dated:** New York, New York

      September 11, 2023

                                           **RUBY J. KRAJICK**
                                           **Clerk of Court**

                **BY:** _____
                                           **Deputy Clerk**